

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00447-CV

| | | |
|---|---|---|
| IN RE HICKS AIRFIELD PILOTS ASSOCIATION, Relator | § | Original Proceeding |
| | § | 236th District Court of Tarrant County, Texas |
| | § | Trial Court No. 236-292837-17 |
| | § | October 28, 2024 |
| | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered relator's petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to rule on the relator Hicks Airfield Pilots Association's "Motion for Hearing on Award of Attorney's Fees" in a written, signed order within twenty days.

It is further ordered that each party shall bear their own costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Mike Wallach_____
    Justice Mike Wallach